IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KENNETH WAYNE CROSS, JR.                                              PLAINTIFF

v.                          Case No. 4:24-cv-4123

LT ALICE MILLER; CAPTAIN GOLDEN
ADAMS; WARDEN JEFFIE WALKER;
OFFICER LEHUAN; and OFFICER SPALDING                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 24, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Bryant recommends that Plaintiff's complaint be dismissed without prejudice for failure to comply with the Court's orders and failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*. Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge